UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KHALED TABET, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:24-cv-00784 |
| | ) |
| DIMENSION HOSPITALITY, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pursuant to the Stipulation of Dismissal with Prejudice (Doc. No. 32), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**, and the Clerk shall close the file. Any pending Motions are **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE